

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Valentina De Fex |
| Firm: | American Civil Liberties Union of Utah Foundation |
| Address: | 311 S State St., Suite 310 |
| | Salt Lake City, UT 84111 |
| Telephone: | (801) 521-9862 |
| Email: | vdefex@acluutah.org |
| | |
| Pro Hac Vice Applicant: | Elizabeth Gyori |
| Firm: | American Civil Liberties Union Foundation |
| Address: | 125 Broad St., 18th Floor |
| | New York, NY 10004 |
| Telephone: | (212) 549-2500 |
| Email: | egyori@aclu.org |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New York | 5777636 | 04/22/2020 |
| | | |
| | | |
| | | |
| | | |

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

### LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_[signature]_
Signature

05/23/2023
Date