## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| SOUTHERN UTAH DRAG STARS; <br><br> MITSKI AVALōX, <br><br>                 Plaintiffs, <br><br> v. <br><br> CITY OF ST. GEORGE; <br><br> CITY COUNCIL OF ST. GEORGE; <br><br> COUNCILMEMBER JIMMIE HUGHES, in his official capacity; <br><br> COUNCILMEMBER DANNIELLE LARKIN in her official capacity; <br><br> COUNCILMEMBER NATALIE LARSEN in her official capacity; <br><br> COUNCILMEMBER GREGG MCARTHUR in his official capacity; <br><br> COUNCILMEMBER MICHELLE TANNER in her official capacity; <br><br> MAYOR MICHELE RANDALL in her official capacity; <br><br> CITY MANAGER JOHN WILLIS in his official capacity, <br><br>                 Defendants. | Case No. 4:23-cv-00044-PK-DN <br><br> **PLAINTIFFS' ELECTION PURSUANT TO THE COURT'S MEMORANDUM AND ORDER GRANTING PRELIMINARY INJUNCTION** |

In this Court's June 16, 2023 Order granting Plaintiffs' motion for a preliminary injunction, the Court required Plaintiffs to make an election of remedies, as follows:

> **Election Required:** Because both parties require certainty, and the terms of the preliminary injunction must be specific, Plaintiffs must file an election, on or before June 21, 2023, at 4:00 p.m. to hold their event at:
>
> a. the Sun Bowl on June 30, 2023, with the timeframes in their application narrative; or
>
> b. JC Snow Park, starting setup at 12:30 pm and otherwise observing times in their application narrative.

Memorandum Decision and Order Granting Preliminary Injunction, ECF No. 63, at 59.  Pursuant to that Order, Plaintiffs hereby elect to hold their event at the Sun Bowl on June 30, 2023, with the timeframes in their application narrative.

Dated this 21st day of June, 2023.

/s/ Jeremy Creelan

| | |
|---|---|
| Valentina De Fex<br>John Mejia<br>**AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION**<br>311 South State Street, Suite 310<br>Salt Lake City, Utah 84111<br>(801) 521-9862<br>vdefex@acluutah.org<br>jmejia@acluutah.org | Jeremy Creelan*<br>Rémi Jaffré*<br>Owen W. Keiter*<br>**JENNER & BLOCK LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>JCreelan@jenner.com<br>RJaffre@jenner.com<br>OKeiter@jenner.com |
| Emerson Sykes*<br>Joshua A. Block*<br>Elizabeth Gyori*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>(212) 549-2500<br>esykes@aclu.org<br>jblock@aclu.org<br>egyori@aclu.org | Nathaniel Castellano*<br>**JENNER & BLOCK LLP**<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001<br>(202) 639-6000<br>NCastellano@jenner.com |
| .<br>* *Appearing pro hac vice* | Meredith Hurley*<br>Jocelyn Sitton*<br>**JENNER & BLOCK LLP**<br>353 N. Clark Street<br>Chicago, IL 60654<br>(312) 222-9350<br>MHurley@jenner.com<br>JSitton@jenner.com |

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all Defendants via this Court's CM/ECF system on June 21, 2023.

s/ Jeremy Creelan