| | |
|---|---|
| SCOTT YOUNG (10695) | TANI PACK DOWNING (06122) |
| SNOW CHRISTENSEN & MARTINEAU | JAMI R. BRACKIN (08753) |
| 10 Exchange Place, 11th Floor | RYAN N. DOOLEY (17009) |
| Salt Lake City, Utah 84111 | CITY OF ST. GEORGE |
| Telephone: (801) 521-9000 | 175 E. 200 N. |
| rsy@scmlaw.com | St. George, Utah 84765 |
| *Attorneys for Defendants* | tani.downing@sgcity.org |
| | jami.brackin@sgcity.org |
| | ryan.dooley@scgity.org |
| | *Attorneys for Defendants* |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH DRAG STARS, LLC, and MITSKI AVALOX, | **STIPULATED MOTION TO STAY** |
| Plaintiffs, | Civil No. 4:23CV44 |
| vs. | Honorable David Nuffer |
| CITY OF ST. GEORGE, CITY COUNCIL OF ST. GEORGE, COUNCILMEMBER JIMMIE HUGHES, COUNCILMEMBER DANIELLE LARKIN, COUNCILMEMBER NATALIE LARSEN, COUNCILMEMBER GREGG MCARTHUR, COUNCILMEMBER MICHELLE TANNER, MAYOR MICHELE RANDALL, and CITY MANAGER JOHN WILLIS, | |
| Defendants. | |

Plaintiffs Southern Utah Drag Stars, LLC and Mitski Avalox, and Defendants City of St. George, City Council of St. George, Councilmembers Jimmie Hughes, Danielle Larkin, Natalie Larsen, Gregg McArthur, and Michelle Tanner, Mayor Michelle Randall, and City Manager John

Willis, by and through counsel, hereby move the Court to stay this litigation. The purpose of the stay is to allow the parties to engage in mediation with the hope of resolving this dispute in its entirety. A proposed order to this effect is attached hereto as Exhibit A.

DATED this 3rd day of October, 2023.

        AMERICAN CIVIL LIBERTIES UNION OF UTAH

        */s/ John Mejia (Signed with permission)*
        John Mejia
        Attorney for Plaintiffs

DATED this 3rd day of October, 2023.

        SNOW CHRISTENSEN & MARTINEAU

        */s/ Scott Young*
        R. Scott Young
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of October, 2023, I electronically filed the foregoing **STIPULATED MOTION TO STAY** with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record.

                                            /s/ Annette Gamero