# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH DRAG STARS, LLC, and MITSKI AVALOX,<br><br>              Plaintiffs,<br><br>vs.<br><br>CITY OF ST. GEORGE, CITY COUNCIL OF ST. GEORGE, COUNCILMEMBER JIMMIE HUGHES, COUNCILMEMBER DANIELLE LARKIN, COUNCILMEMBER NATALIE LARSEN, COUNCILMEMBER GREGG MCARTHUR, COUNCILMEMBER MICHELLE TANNER, MAYOR MICHELE RANDALL, and CITY MANAGER JOHN WILLIS,<br><br>              Defendants. | **ORDER GRANTING STIPULATED MOTION TO STAY**<br><br>Civil No. 4:23CV44<br><br>Honorable David Nuffer |

      Pursuant to the Stipulated Motion to Stay submitted by Plaintiffs Southern Utah Drag Stars, LLC and Mitski Avalox, and Defendants City of St. George, City Council of St. George, Councilmembers Jimmie Hughes, Danielle Larkin, Natalie Larsen, Gregg McArthur, and Michelle Tanner, Mayor Michelle Randall, and City Manager John Willis, and for good cause shown, the Court hereby GRANTS the Stipulated Motion to Stay.

      IT IS SO ORDERED.


      DATED this _____ day of October, 2023.



1

BY THE COURT

_____
Honorable David Nuffer
United States District Court Judge
Honorable Paul Kohler
United States District Court Magistrate Judge

**Approved as to Form:**

DATED this 3rd day of October, 2023.

AMERICAN CIVIL LIBERTIES UNION OF UTAH

*/s/ John Mejia (Signed with permission)*\_\_\_\_\_
John Mejia
Attorney for Plaintiffs

DATED this 3rd day of October, 2023.

SNOW CHRISTENSEN & MARTINEAU

*/s/ Scott Young*_____
R. Scott Young
Attorneys for Defendants