## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH DRAG STARS, LLC, and MITSKI AVALOX,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ST. GEORGE, CITY COUNCIL OF ST. GEORGE, COUNCILMEMBER JIMMIE HUGHES, COUNCILMEMBER DANIELLE LARKIN, COUNCILMEMBER NATALIE LARSEN, COUNCILMEMBER GREGG MCARTHUR, COUNCILMEMBER MICHELLE TANNER, MAYOR MICHELE RANDALL, and CITY MANAGER JOHN WILLIS,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Civil No. 4:23-cv-00044-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Before the Court is Defendants' Motion to Stay Discovery.[1] Based on the motion

and for good cause appearing, the Court GRANTS the motion and ORDERS that discovery

be stayed pending a ruling on the pending motion for partial summary judgment.[2] The

parties are ordered to file a joint status report and updated proposed scheduling order

within 14 days of a ruling on the motion for partial summary judgment.

SO ORDERED this 17th day of January, 2024.

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 86, filed January 9, 2024.
[2] Docket No. 83, filed December 14, 2023.