SCOTT YOUNG (10695)
SPENCER FANE LLP
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
*Attorneys for Defendants*

RYAN N. DOOLEY (17009)
JAMI R. BRACKIN (08753)
CITY OF ST. GEORGE
175 E. 200 N.
St. George, Utah 84765
ryan.dooley@scgity.org
jami.brackin@sgcity.org
*Attorneys for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SOUTHERN UTAH DRAG STARS, LLC, and MITSKI AVALŌX,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ST. GEORGE, COUNCILMEMBER JIMMIE HUGHES, COUNCILMEMBER DANIELLE LARKIN, COUNCILMEMBER NATALIE LARSEN, COUNCILMEMBER GREGG MCARTHUR, COUNCILMEMBER MICHELLE TANNER, MAYOR MICHELE RANDALL, and CITY MANAGER JOHN WILLIS,<br><br>Defendants. | **NOTICE OF SETTLEMENT**<br><br>Civil No. 4:23CV44<br><br>Honorable David Nuffer<br>Magistrate Paul Kohler |

Pursuant to DUCivR 41-1(a), Plaintiffs Southern Utah Drag Stars, LLC and Mitski Avalōx ("Plaintiffs"), and Defendants St. George City, City Council of St. George, Councilmembers Jimmie Hughes, Danielle Larkin, Natalie Larsen, Gregg McArthur, and Michelle Tanner, Mayor Michelle Randall, and City Manager John Willis ("Defendants") hereby notify the Court that they have negotiated a resolution of the above-captioned matter. The parties are currently drafting a

resolution agreement, which is intended to resolve all of the claims in this matter except for Plaintiffs' claim for attorneys' fees and costs, which will be subject to further briefing by the parties. In light of this resolution, the parties hereby respectfully request that the Court adjourn all deadlines *sine die* and stay the case pending the parties' final resolution agreement.

DATED this 5th day of December, 2024.

SPENCER FANE LLP

*/s/ Scott Young*
Scott Young
*Attorneys for Defendants*

DATED this 5th day of December, 2024.

ACLU OF UTAH FOUNDATION

*/s/ Tom Ford (Signed with permission)*
Tom Ford*
*Attorneys for Plaintiffs*
**Appearing Pro Hac Vice*

DATED this 5th day of December, 2024.

JENNER & BLOCK, LLP

*/s/ Rémi Jaffré (Signed with permission)*
Rémi Jaffré*
*Attorneys for Plaintiffs*
**Appearing Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of December, 2024, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Annette Gamero