**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SOUTHERN UTAH DRAG STARS, LLC, and MITSKI AVALŌX,<br><br>           Plaintiffs,<br><br>  vs.<br><br>CITY OF ST. GEORGE,<br>COUNCILMEMBER JIMMIE HUGHES,<br>COUNCILMEMBER DANIELLE LARKIN,<br>COUNCILMEMBER NATALIE LARSEN,<br>COUNCILMEMBER GREGG MCARTHUR,<br>COUNCILMEMBER MICHELLE TANNER,<br>MAYOR MICHELE RANDALL, and CITY<br>MANAGER JOHN WILLIS,<br><br>           Defendants. | **JOINT STATUS UPDATE REGARDING EXECUTION OF SETTLEMENT AGREEMENT**<br><br>Civil No. 4:23CV44<br><br>Honorable David Nuffer<br>Magistrate Paul Kohler |

Pursuant to the Court's Order directing the Parties to file proposed documents to dispose of the case by February 7, 2025, *see* Dkts. 123, 127, Plaintiffs Southern Utah Drag Stars, LLC and Mitski Avalōx ("Plaintiffs"), and Defendants St. George City, City Council of St. George, Councilmembers Jimmie Hughes, Danielle Larkin, Natalie Larsen, Gregg McArthur, and Michelle Tanner, Mayor Michelle Randall, and City Manager John Willis ("Defendants") (together, the "Parties"), hereby notify the Court that they have executed a settlement agreement resolving all claims in the above-captioned matter except for Plaintiffs' claim for attorneys' fees and costs, which is subject to ongoing briefing. In light of Plaintiffs' upcoming motion for attorneys' fees and costs (the "Fees Motion"), the Parties respectfully request that the Court allow the Parties to

1

file a joint notice of dismissal with prejudice under Federal Rule of Civil Procedure 41 within five

business days of the Court's Order resolving the Fees Motion.

/s/ Scott Young                                    /s/ Jeremy Creelan


Scott Young                                        Jeremy Creelan*
**SPENCER FANE LLP**                               Rémi Jaffré*
10 Exchange Place, 11th Floor                      Owen W. Keiter*
Salt Lake City, Utah 84111                         **JENNER & BLOCK LLP**
(801) 521-9000                                     1155 Avenue of the Americas
rsyoung@spencerfane.com                            New York, NY 10036
                                                   (212) 891-1600
                                                   JCreelan@jenner.com
Ryan N. Dooley                                     RJaffre@jenner.com
Jami R. Brackin                                    OKeiter@jenner.com
**CITY OF ST. GEORGE**
175 E. 200 N.                                      Nathaniel Castellano*
St. George, Utah 84765                             **JENNER & BLOCK LLP**
ryan.dooley@scgity.org                             1099 New York Avenue, NW, Suite 900
jami.brackin@sgcity.org                            Washington, DC 20001
                                                   (202) 639-6000
*Attorneys for Defendants*                         NCastellano@jenner.com

                                                   Meredith Hurley*
                                                   Jocelyn Sitton*
                                                   **JENNER & BLOCK LLP**
                                                   353 N. Clark Street
                                                   Chicago, IL 60654
                                                   (312) 222-9350
                                                   MHurley@jenner.com

                                                   Jason Groth
                                                   Thomas Ford*
                                                   **AMERICAN CIVIL LIBERTIES UNION**
                                                   **  OF UTAH FOUNDATION**
                                                   311 South State Street, Suite 310
                                                   Salt Lake City, Utah  84111
                                                   (801) 521-9862
                                                   jgroth@acluutah.org
                                                   tford@acluutah.org

                                                   Emerson Sykes*
                                                   Joshua A. Block*

2

**AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION**
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
esykes@aclu.org
jblock@aclu.org
*\*Appearing pro hac vice*

*Attorneys for Plaintiffs*