**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN REGION**

| | |
|---|---|
| SOUTHERN UTAH DRAG STARS;<br><br>MITSKI AVALŌX,<br><br>                          Plaintiffs,<br><br>           v.<br><br>CITY OF ST. GEORGE;<br><br>CITY COUNCIL OF ST. GEORGE;<br><br>COUNCILMEMBER JIMMIE HUGHES, in his official capacity;<br><br>COUNCILMEMBER DANNIELLE LARKIN in her official capacity;<br><br>COUNCILMEMBER NATALIE LARSEN in her official capacity;<br><br>COUNCILMEMBER GREGG MCARTHUR in his official capacity;<br><br>COUNCILMEMBER MICHELLE TANNER in her official capacity;<br><br>MAYOR MICHELE RANDALL in her official capacity;<br><br>CITY MANAGER JOHN WILLIS in his official capacity,<br><br>                       Defendants. | **PLAINTIFFS' REQUEST TO SUBMIT FOR DECISION PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT [Dkt 137] AND PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [Dkt 129]**<br><br>Case No. 4:23-cv-00044-DN-PK<br><br>Judge David Nuffer |

Counsel for Plaintiffs respectfully request the Court to submit for decision Plaintiffs'

Motion for Attorneys' Fees, Dkt. 129, and Plaintiffs' Motion to Enforce Settlement Agreement,

Dkt. 137. Both motions have been fully briefed. Plaintiffs filed their Motion for Attorneys' Fees

on February 7, 2025, Dkt. 129; Defendants filed their Opposition to Plaintiffs' Motion for

Attorneys' Fees on February 28, 2025, Dkt. 136; and Plaintiffs filed their reply on March 21, 2025, Dkt. 140. Plaintiffs filed their Motion to Enforce Settlement Agreement on March 21, 2025, Dkt. 137; Defendants filed their Opposition to Plaintiffs' Motion to Enforce Settlement Agreement on April 4, 2025, Dkt. 144; and Plaintiffs filed their reply on April 18, 2025, Dkt. 146. A hearing has not been requested on the aforementioned motions.

Plaintiffs respectfully bring these motions to the Court's attention and stand ready to provide any additional briefing or information the Court may find helpful.

Dated: April 2, 2026.                                    Respectfully submitted,


                                                         /s/ Thomas Ford


Jason Groth                                              Jeremy Creelan*
Thomas Ford                                             Rémi Jaffré*
**AMERICAN CIVIL LIBERTIES UNION OF UTAH**              Owen W. Keiter*
   **FOUNDATION**                                        **JENNER & BLOCK LLP**
311 South State Street, Suite 310                       1155 Avenue of the Americas
Salt Lake City, Utah  84111                             New York, NY 10036
(801) 521-9862                                          (212) 891-1600
jgroth@acluutah.org                                     JCreelan@jenner.com
tford@acluutah.org                                      RJaffre@jenner.com
                                                        OKeiter@jenner.com
Emerson Sykes*
Joshua A. Block*                                        Nathaniel Castellano*
**AMERICAN CIVIL LIBERTIES UNION**                      **JENNER & BLOCK LLP**
   **FOUNDATION**                                        1099 New York Avenue, NW, Suite 900
125 Broad Street, Floor 18                              Washington, DC 20001
New York, NY 10004                                      (202) 639-6000
(212) 549-2500                                          NCastellano@jenner.com
esykes@aclu.org
jblock@aclu.org                                         Meredith Hurley*
                                                        **JENNER & BLOCK LLP**
*Appearing pro hac vice.*                               353 N. Clark Street
                                                        Chicago, IL 60654
                                                        (312) 222-9350
                                                        MHurley@jenner.com