## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| SOUTHERN UTAH DRAG STARS; MITSKI AVALŌX, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ST. GEORGE; <br><br> CITY COUNCIL OF ST. GEORGE; <br><br> COUNCILMEMBER JIMMIE HUGHES, in his official capacity; <br><br> COUNCILMEMBER DANNIELLE LARKIN in her official capacity; <br><br> COUNCILMEMBER NATALIE LARSEN in her official capacity; <br><br> COUNCILMEMBER GREGG MCARTHUR in his official capacity; <br><br> COUNCILMEMBER MICHELLE TANNER in her official capacity; <br><br> MAYOR MICHELE RANDALL in her official capacity; <br><br> CITY MANAGER JOHN WILLIS in his official capacity, <br><br> Defendants. | Case No. 4:23-cv-00044-DN-PK <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in the above-captioned action (the "Parties"), by and through their attorneys, hereby jointly stipulate to dismiss all claims and defenses in the above-captioned action (the "Action") with prejudice. The Parties shall bear their own costs and fees except as provided in the Parties' settlement

1

agreement, Dkt. 139-2 (the "Settlement Agreement"), and the Court's order granting Plaintiffs'

motion to enforce the Settlement Agreement and award attorneys' fees, Dkt. 150.

Dated: June 18, 2026

Respectfully submitted,

<table>
<tr><td>

/s/ Scott Young*
*Signature affixed with permission
Scott Young
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
(801) 521-9000
rsyoung@spencerfane.com

Ryan N. Dooley
Jami R. Brackin
**CITY OF ST. GEORGE**
175 E. 200 N.
St. George, Utah 84765
ryan.dooley@scgity.org
jami.brackin@sgcity.org

*Attorneys for Defendants*

</td><td>

/s/ Jason M. Groth
Jason M. Groth
Thomas Ford
**AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION**
311 South State Street, Suite 310
Salt Lake City, Utah 84111
(801) 521-9862
jgroth@acluutah.org
tford@acluutah.org

Jeremy Creelan*
Rémi Jaffré*
Owen W. Keiter*
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
JCreelan@jenner.com
RJaffre@jenner.com
OKeiter@jenner.com

Nathaniel Castellano*
**JENNER & BLOCK LLP**
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
NCastellano@jenner.com

Meredith Hurley*
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
MHurley@jenner.com

</td></tr>
</table>

Emerson Sykes*
Joshua A. Block*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
esykes@aclu.org
jblock@aclu.org

*Appearing pro hac vice*
*Attorneys for Plaintiffs*